IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05CV00966-EWN

The Prudential Insurance Company of America,
Pruco Securities, LLC and
Prudential Insurance Brokerage, Incorporated,

        Plaintiffs,

v.

Robert Coyne,

        Defendant.

---

## ORDER ENTERING THE
## STIPULATED PERMANENT INJUNCTION

---

THIS MATTER, having come before the Court upon the parties' Stipulated Permanent Injunction;

IT APPEARING that the Stipulated Permanent Injunction has been executed by all of the parties through their counsel of record;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. Defendant, Robert K. Coyne ("Coyne"), anyone working with or for Coyne, or for any entity with which Coyne is affiliated, and all those acting in concert with Coyne, are enjoined and restrained, directly or indirectly, from the date of this order through and including May 2, 2007, from:

  (a) soliciting any business from, or initiating any contact with, any client whom Coyne serviced or whose name became known to him during the course of his association with plaintiffs The Prudential Insurance Company of America, Pruco Securities, LLC, and Prudential Insurance Brokerage, Incorporated, (collectively, "Prudential") and/or any affiliate of Prudential, or causing, assisting or inducing any client or contract holder of Prudential, Prudential Property and Casualty Insurance Company ("PRUPAC"), and/or any affiliate of Prudential or PRUPAC, to discontinue, terminate or withdraw values from any policy, annuity, contract, service or product of any kind of Prudential, PRUPAC, and/or any affiliate of Prudential or PRUPAC, or any policy sold by Prudential, PRUPAC, and/or any affiliate of Prudential or PRUPAC, or to purchase services or products that compete, directly or indirectly, with those sold or serviced by Prudential and/or any affiliate of Prudential.

2. Coyne, anyone working with or for Coyne, or for any entity with which Coyne is affiliated, and all those acting in concert with Coyne, are permanently enjoined and restrained, directly or indirectly, from:

  (a) using, disclosing or transmitting for any purpose any confidential or proprietary information belonging to Prudential, PRUPAC, and/or any affiliate of Prudential or PRUPAC, or which Prudential or any affiliate of Prudential is obligated to protect, including but not limited to the names, addresses, and telephone numbers of customers and their financial information; and

  (b) using the same business telephone and business fax numbers that Coyne used while he was associated with Prudential (*i.e.*, telephone number (303) 456-9915 and fax number (303) 456-1064).

3. Coyne, anyone working with or for Coyne, or for any entity with which Coyne is affiliated, and all those acting in concert with Coyne, including but not limited to Coyne's wife, Dorothy Coyne, are ordered to return all records and documents in whatever form (whether original, copied, computerized, or handwritten)

       containing the names, addresses, telephone numbers of customers of Prudential, PRUPAC, and/or any affiliate of Prudential or PRUPAC, and the financial information of customers of Prudential, PRUPAC, and/or any affiliate of Prudential or PRUPAC, to Prudential or its counsel, and shall further purge such materials and documents and information derived therefrom from the possession, custody or control of Coyne, including but not limited to his wife, Dorothy Coyne.

4.    The Court shall retain jurisdiction to enforce the terms of this Order.

5.    The Parties waive the necessity of a bond.

This Order is issued this 29th day of July, 2005.

                                       IT IS SO ORDERED

                                       s/Edward W. Nottingham
                                  JUDGE, UNITED STATES DISTRICT COURT