IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Nel Steffens, Deputy Clerk                          Date: March 2, 2007
Therese Lindblom, Court Reporter

Civil Action No.  05-cv-00966-EWN

*Parties:*                                          *Counsel:*

PRUDENTIAL INSURANCE COMPANY                        Leonard Weintraub and Christian Hammond
OF AMERICA,
PRUCO SECURITIES, LLC, and
PRUDENTIAL INSURANCE
BROKERAGE, INCORPORATED,

    Plaintiffs,

v.

ROBERT COYNE,                                       David Pavek and Susan Eisenbraun

    Defendant.

## COURTROOM MINUTES

**Evidentiary Motions Hearing**

**9:01 a.m.**     Court in session.

Court addresses counsel regarding how this case will proceed.

**ORDERED:  1.**     Defendant's Motion for Clarification (#25, filed May 26, 2006) is **DENIED.**

**ORDERED:  2.**     Defendant's Motion In Limine to Exclude Prudential from Offering Any Testimony as to its Intent with Regard to Any Ambiguity Found

*Courtroom Minutes*
*06-cv-00966-EWN*
*Judge Edward W. Nottingham*
*Page 2 of 2*

> **in the Confidential Settlement and Release and the Stipulated Permanent Injunction (#48, filed August 25, 2006) is DENIED.**

**ORDERED: 3.** **Plaintiffs' Cross-Motion and Brief in Support of Finding of Civil Contempt (#54, filed September 21, 2006) is DENIED without prejudice.**

Court will treat the injunction as a preliminary injunction and it will remain in effect.

**ORDERED: 4.** **The case is reopened and will be referred to Magistrate Judge Michael J. Watanabe.**

**ORDERED: 5.** **Dispositive motions shall be submitted no later than May 31, 2007.**

**9:08 a.m.**     Court in recess.

Hearing concluded.

Total time in court: 00:07