IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Nel Steffens, Deputy Clerk  
Therese Lindblom, Court Reporter

Date: March 2, 2007

Civil Action No.  05-cv-00966-EWN

*Parties:*

PRUDENTIAL INSURANCE COMPANY
OF AMERICA,
PRUCO SECURITIES, LLC, and
PRUDENTIAL INSURANCE
BROKERAGE, INCORPORATED,

    Plaintiffs,

v.

ROBERT COYNE,

    Defendant.

*Counsel:*

Leonard Weintraub and Christian Hammond

David Pavek and Susan Eisenbraun

---

### COURTROOM MINUTES

---

**Evidentiary Motions Hearing**

**9:01 a.m.**      Court in session.

Court addresses counsel regarding how this case will proceed.

**ORDERED: 1.**      Defendant's Motion for Clarification (#25, filed May 26, 2006) is DENIED.

**ORDERED: 2.**      Defendant's Motion In Limine to Exclude Prudential from Offering Any Testimony as to its Intent with Regard to Any Ambiguity Found

*Courtroom Minutes*
*06-cv-00966-EWN*
*Judge Edward W. Nottingham*
*Page 2 of 2*

>
> in the Confidential Settlement and Release and the Stipulated Permanent Injunction (#48, filed August 25, 2006) is DENIED.

**ORDERED: 3.** **Plaintiffs' Cross-Motion and Brief in Support of Finding of Civil Contempt (#54, filed September 21, 2006) is DENIED without prejudice.**

Court will treat the injunction as a preliminary injunction and it will remain in effect.

**ORDERED: 4.** **The case is reopened and will be referred to Magistrate Judge Michael J. Watanabe.**

**ORDERED: 5.** **Dispositive motions shall be submitted no later than May 31, 2007.**

**9:08 a.m.** Court in recess.

Hearing concluded.

Total time in court:  00:07