IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-00966-EWN-MJW

PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al.,

Plaintiff(s),

v.

ROBERT COYNE,

Defendant(s).

MINUTE ORDER

     It is hereby ORDERED that the Unopposed Motion to Vacate and Reschedule Telephone Status Conference (docket no. 82) is DENIED.  There are three (3) attorneys of record representing Plaintiffs and one of those attorney can be present to represent the Plaintiffs at the telephone status conference.   Plaintiffs' counsel are responsible for setting up the conference call for this telephone motion conference call and shall initiate the conference call to all parties and then contact the court by calling (303) 844-2403 on March 19, 2006, at 8:30 a.m.

Date:  March 13, 2007